## 49977. KENT v. THE STATE.

QUILLIAN, Judge.

The defendant was tried and convicted of violation of the Georgia Drug Abuse Control Act. An appeal was filed and the case is here for review. *Held:*

1. The evidence though in conflict was sufficient to authorize a finding that the execution of the search warrant was valid. See Code Ann. § 27-308 (Ga. L. 1966, pp. 567, 570).

2. The overruling of the motion for a new trial was not error.

*Judgment affirmed. Pannell, P. J., and Clark, J., concur.*

ARGUED JANUARY 9, 1975 — DECIDED APRIL 18, 1975.

*Worozbyt & Beskin, Theodore S. Worozbyt, Donald C. Beskin,* for appellant.

*Lewis R. Slaton, District Attorney, H. Allen Moye, Isaac Jenrette, Joseph J. Drolet, Assistant District Attorneys,* for appellee.